Certificate Number: 15317-PAM-DE-029804414

Bankruptcy Case Number: 51-20161



15317-PAM-DE-029804414

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2017, at 5:56 o'clock PM PDT, Eustace O Benjamin completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 29, 2017

By: /s/Eunice Francia

Name: Eunice Francia

Title: Counselor