Certificate Number: 15317-PAM-DE-029804415

Bankruptcy Case Number: 51-20161



15317-PAM-DE-029804415

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on August 29, 2017, at 5:56 o'clock PM PDT, Carien A Benjamin completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 29, 2017                By:    /s/Eunice Francia

                                     Name:  Eunice Francia

                                     Title: Counselor