```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 12-01610-JJT
Eustace O Benjamin                                                  Chapter 13
Carien A Benjamin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh             Page 1 of 1          Date Rcvd: Oct 17, 2017
                              Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
db/jdb         +Eustace O Benjamin,   Carien A Benjamin,   83 North Park Estate,
                East Stroudsburg, PA 18302-6781

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jill Manuel-Coughlin    on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Debtor 2 Carien A Benjamin kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Kim M Diddio    on behalf of Debtor 1 Eustace O Benjamin kdiddio@diddiolaw.com,
               kdiddio@gmail.com;r52326@notify.bestcase.com
              Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Eustace O Benjamin  
aka Eustace Ossie Josephus Benjamin  
83 North Park Estate  
East Stroudsburg, PA 18302

Chapter 13  
Case No. 5:12−bk−01610−JJT

Carien A Benjamin  
aka Carien Ann Benjamin  
83 North Park Estate  
East Stroudsburg, PA 18302

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−8642  
xxx−xx−6850

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 17, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: MMchugh, Deputy Clerk